FILE

2012 JAN 10 PM 4: 00

SUPERIOR COURT OF GUAM

Territorial Law Library

IN THE SUPERIOR COURT OF GUAM

JOHN THOMAS JOHNSON,

        Plaintiff,

vs.

ANNA MARIE RIVERA,

        Defendant.

DOMESTIC CASE NO. DM0274-11

DECISION AND ORDER ON
DEFENDANT'S MOTION TO DISMISS

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on Defendant's Motion to Dismiss. Attorney Jacqueline T. Terlaje represented Defendant, Anna Marie Rivera. Attorney Gary W.F. Gumataotao represented Plaintiff, John Thomas Johnson. Having considered the related law, the documents and pleadings on file, and the parties' arguments, the Court now issues its Decision and Order.

## FACTUAL BACKGROUND

The parties in this case have two minor children, ages 13 and 16, who have been in Defendant's primary physical custody for their entire lives. On April 6, 2011, Plaintiff filed a Complaint for joint legal and physical custody of the subject children. Plaintiff and Defendant are also involved in two related child support actions in which Plaintiff was ordered to pay support to Defendant Rivera. Defendant filed the present motion to dismiss arguing that all issues related to the present custody case were decided in the related child support actions and that Plaintiff's claim is therefore barred by the doctrine of *res judicata*. This Court disagrees and finds that Plaintiff's action is proper and may proceed.

**ORIGINAL**

## DISCUSSION

Defendant argues that because a Guam court issued a prior order relating to visitation, the doctrine of issue preclusion – one component of *res judicata* – bars Plaintiff's action for custody, which Defendant likens to a request for a modification of the court's visitation order. Defendant's motion has no merit. Defendant's attempt to equate an order regarding visitation with a custody determination is entirely unpersuasive. A custody determination confers substantial legal rights and obligations upon the custodian far greater than any rights conferred by visitation order. See 19 G.C.A. § 4202. There has been no determination regarding custody of the children in this case and thus there is no *res judicata* bar to Plaintiff's action.

## CONCLUSION

Based on the foregoing, Plaintiff's Motion to Dismiss is hereby DENIED. A Status Conference is scheduled for January 30, 2012 at 2:00 p.m.

JAN 09 2012

**SO ORDERED** this 9th day of January 2012.

HONORABLE ALBERTO C. LAMORENA III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

JAN 1 0 2012

Domingo M. Nego
Deputy Clerk, Superior Court of Guam